IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DAN DILLARD § | |
|    Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:17-cv-00311 |
| § | JURY DEMANDED |
| PALOMAR SPECIALTY § | |
| INSURANCE COMPANY § | |
|    Defendant § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff Dan Dillard and Defendant Palomar Specialty Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Dan Dillard; Defendant is Palomar Specialty Insurance Company.

2. On July 19, 2017, Plaintiff sued Defendant in the 389th Judicial District, Hidalgo County, Texas, Cause No. C-3269-17-H.  On August 9, 2017, Palomar Specialty Insurance Company filed its Original Answer.  On August 16, 2017, Palomar Specialty Insurance Company filed its Notice of Removal.

3. On or about December 28, 2017, the parties settled this case.  As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled.  Plaintiff now moves to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

2

Respectfully submitted,

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

By:    */s/ John R. Lamont*
    Mikell A. West
    Attorney-in-charge
    State Bar No. 24070832
    Southern Dist. No. 1563058
    mwest@gnqlawyers.com
    John R. Lamont
    Of Counsel
    State Bar No. 24099876
    Southern Dist. No. 3028487
    jlamont@gnqlawyers.com

**ATTORNEYS FOR DEFENDANT, PALOMAR SPECIALTY INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com


Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com


                LAWRENCE LAW FIRM
                3112 Windsor Rd., Suite A234
                Austin, Texas 78703
                Telephone: (956) 994-0057
                Telecopier: (800) 507-4152


                By:    */s/ Larry W. Lawrence, Jr.\**
                   Larry W. Lawrence, Jr.
                   State Bar No. 00794145
                   Michael Lawrence
                   State Bar No. 24055826
                   Lawrencefirm@gmail.com

                   Cartwright Law Firm, LLP
                   1300 Post Oak Blvd, Suite 760
                   Houston, Texas 77056
                   Telephone: (713) 840-0950
                   Telecopier: (713) 840-0046

                   Mr. Dan Cartwright
                   State Bar No. 03942500

                   Ms. Lory Sopchak
                   State Bar No. 24076706
                   Lory@dcartwrightlaw.net

                   **COUNSEL FOR PLAINTIFF, DAN DILLARD**
                   *\*Signed with permission*

## **CERTIFICATE OF SERVICE**

      I certify that on January 22, 2018, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Dan Dillard, via electronic filing or regular mail:

Larry W. Lawrence, Jr.
Lawrence Law Firm
Email: Lawrencefirm@gmail.com


**VIA E-FILING**

                                      */s/ John R. Lamont*
                                      John R. Lamont